```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16426
   JASON E WARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-1426


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/26/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    17828.74           .00            .00
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    35248.23           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
AURORA LOAN SERVICES      CURRENT MORTG         .00           .00            .00
HOME COMING FUNDING NE    CURRENT MORTG         .00           .00            .00
HOME COMING FUNDING NE    CURRENT MORTG         .00           .00            .00
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT          UNSECURED         8028.01           .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         2490.52           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
LVNV FUNDING              UNSECURED         2528.75           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED           .00            .00
WYNDHAM VACATION RESORTS  SECURED NOT I    14216.91           .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I    35248.23           .00            .00
WASHINGTON MUTUAL         SECURED NOT I         .00           .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE    20875.07           .00            .00
AURORA                    MORTGAGE NOTI   NOT FILED           .00            .00
AURORA LOAN SERVICES      SECURED NOT I    29577.49           .00            .00
PHILIP A IGOE             DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                        3,500.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,500.00

PRIORITY                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 16426 JASON E WARD
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                   3,500.00
                                        ---------------    ---------------
TOTALS                                         3,500.00           3,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```